# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00102-CV

**Dr. Randall Schulze, d/b/a Schulze Chiropractic, Appellant**

**v.**

**CAP Collection JV7, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 00-048-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Dr. Randall Schulze, doing business as Schulze Chirorpractic, has determined that the order he sought to challenge is not appealable. Accordingly, he moves to dismiss his appeal. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed:   June 28, 2006